IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **Navor Villa,** an individual, | Case No. 3:21-cv-01058-IM |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR ATTORNEY'S FEES** |
| v. | |
| **America 1st Roofing & Builders, Inc.,** a Washington corporation, | |
| Defendant. | |

**IMMERGUT, District Judge.**

      Pursuant to this Court's August 21, 2023 Order granting Plaintiff's Motion for Attorney Fees and Costs, ECF 59, this Court GRANTS Plaintiff's Second Amended Motion for Attorney Fees and Costs, ECF 69. It is hereby ORDERED that $ 8,559.30 for attorney's fees and $ 1,195.00 for deposition expenses shall be awarded to Plaintiff. *See* Fed. R. Civ. P. 37(a)(5), (d)(1)(A).

      **IT IS SO ORDERED.**

      DATED this 13th day of September, 2023.

PAGE 1 – ORDER

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge